NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AVON JARRETT SPEARMAN,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE TREASURY,**
*Respondent.*

---

2013-3053

---

Petition for review of the Merit Systems Protection Board in case no. DC0752120306-I-1.

---

**ON MOTION**

---

**O R D E R**

Avon Spearman moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

AVON SPEARMAN v. TREASURY                                        2

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk


s24